USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/07/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN DRESCH,

    Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT;
JOHN DOE 1,2,3,4,

    Defendants.

19-CV-1693 (PAE) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

Plaintiff shall have until **January 31, 2020** to oppose Defendants' Motion to Dismiss. No further extensions of time will be granted absent good cause. **If Plaintiff fails to timely oppose Defendants' Motion, the undersigned will recommend that this action be dismissed for failure to prosecute.**

The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff and note service on the docket.

Dated: January 7, 2020
    New York, New York

SO ORDERED.

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge