```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STEPHEN DRESCH,

                 Plaintiff,

      -against-

NEW YORK CITY POLICE DEPARTMENT,
JOHN DOE 1, 2, 3, 4, and CITY OF NEW YORK,
                 Defendants.
-------------------------------------------------------------X

19 **CIVIL** 1693 (PAE)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 5, 2020, the Report and Recommendation is adopted and the City of New York's motion to dismiss for failure to prosecute is granted: accordingly, the case is closed.

**Dated:** New York, New York
         May 5, 2020

                                            **RUBY J. KRAJICK**
                                               Clerk of Court
                        BY:
                                                 **Deputy Clerk**